DATE OF ARREST: April 24, 2026

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

   Plaintiff,

   V.

William Daniel SANCHEZ-Leon
A244 985 250
YOB: 1996
Citizen of Mexico

   Defendant

Magistrate Case No. **26-01333MJ**

COMPLAINT FOR VIOLATION OF

COUNT I
Title 8, United States Code, Section 1325 (a)(2) Eluding Examination or Inspection (Misdemeanor).

The undersigned complainant being duly sworn states:

COUNT I

That on or about April 24, 2026, defendant, William Daniel SANCHEZ-Leon, an alien, did elude examination or inspection, at or near San Luis, in the District of Arizona, in violation of title, 8 United States Code, Section 1325(a)(2), a Misdemeanor.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Joseph K. Nwoga*

*Juan F Rodriguez*
Signature of Complainant

Juan F. Rodriguez
Enforcement Officer

Sworn to before me and subscribed in my presence,

  April 27, 2026   at   Yuma, Arizona
Date            City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer     Signature of Judicial Officer

-1-

**IMMIGRATION HISTORY:**

None.


**CRIMINAL RECORD:**

None.


## STATEMENT OF FACTUAL BASIS:

The complainant states that this complaint is based upon the statements of the apprehending officers; that William Daniel SANCHEZ-Leon, an alien, eluded inspection or examination by immigration officers on or about April 24, 2026, at the San Luis, Arizona, Port of Entry. SANCHEZ is a citizen of Mexico and was not in possession of valid documents allowing him to enter, be, or remain in the United States.

William Daniel SANCHEZ-Leon entered the United States by running north via the vehicle inbound lanes at the San Luis Port of Entry. SANCHEZ was seen running into the United States by immigration officers and ordered to stop, however, SANCHEZ continued running past the immigration officers to avoid apprehension. After a foot pursuit, SANCHEZ was apprehended by immigration officers and escorted to the passport control office for further inspection and questioning.

In the passport control office, the officers determined that William Daniel SANCHEZ-Leon is a citizen of Mexico with no legal documents that allow him to enter, work, or reside in the United States. SANCHEZ was advised of his Miranda rights, which he acknowledged and waived his rights. In a post-Miranda statement, SANCHEZ stated his final destination in the United States was Los Angeles, California.

William Daniel SANCHEZ-Leon is a citizen of Mexico with no current or pending immigration benefits that allow him to enter, work, or reside in the United Sates.

*Juan F Rodriguez*
Signature of Complainant

Juan F. Rodriguez
Enforcement Officer

Sworn to before me and subscribed in my presence,

April 27, 2026            at            Yuma, Arizona
Date                                    City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

-3-

## Probable Cause Statement

*I, Enforcement Officer Juan F. Rodriguez, declare under penalty of perjury, the following is true and correct:*

**Defendant:** William Daniel SANCHEZ-Leon

**IMMIGRATION RECORD:** None
**CRIMINAL RECORD:** None

### STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers; that William Daniel SANCHEZ-Leon, an alien, eluded inspection or examination by immigration officers on or about April 24, 2026, at the San Luis, Arizona, Port of Entry. SANCHEZ is a citizen of Mexico and was not in possession of valid documents allowing him to enter, be, or remain in the United States.

William Daniel SANCHEZ-Leon entered the United States by running north via the vehicle inbound lanes at the San Luis Port of Entry. SANCHEZ was seen running into the United States by immigration officers and ordered to stop, however, SANCHEZ continued running past the immigration officers to avoid apprehension. After a foot pursuit, SANCHEZ was apprehended by immigration officers and escorted to the passport control office for further inspection and questioning.

In the passport control office, the officers determined that William Daniel SANCHEZ-Leon is a citizen of Mexico with no legal documents that allow him to enter, work, or reside in the United States. SANCHEZ was advised of his Miranda rights, which he acknowledged and waived his rights. In a post-Miranda statement, SANCHEZ stated his final destination in the United States was Los Angeles, California.

William Daniel SANCHEZ-Leon is a citizen of Mexico with no current or pending immigration benefits that allow him to enter, work, or reside in the United Sates.

*Executed on: Date:*    April 25, 2026        *Time:*  0755 hours

*Signed:* Juan F Rodriguez

Juan F. Rodriguez, Enforcement Officer

### *Finding of Probable Cause*

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on April 24, 2026, in violation of Title 8, United States Code, Section 1325(a)(2)*

*Finding made on: Date*  April 25, 2026        *Time*  1117 hours

*Signed:*                                    James F. Metcalf, U.S. Magistrate Judge